```
              United States District Court
                  District of Minnesota
                Civil No. 18-3449(DSD/BRT)
```

Joshua Staples,

       Plaintiff.

v.                                                    ORDER

Kathy Halvorson and Tom Roy,

       Defendants.

This matter is before the court upon the report and recommendation of Magistrate Judge Becky R. Thorson, dated December 18, 2019 (R&R). The magistrate judge recommended that the court grant defendants Kathy Halvorson's and Tom Roy's motion for judgment on the pleadings. No objections to the R&R have been filed within the time period permitted. See D. Minn. LR 72.2(b)(1). Under these circumstances, the court finds it appropriate to adopt the R&R.

Accordingly, **IT IS HEREBY ORDERED** that:

1. The R&R [ECF No. 48] is adopted in its entirety;

2. The motion for judgment on the pleadings [ECF No. 31] is granted; and

3. The complaint [ECF No. 1] is dismissed without prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: February 3, 2020        s/David S. Doty
                                        David S. Doty, Judge
                                        United States District Court